Order entered October 9, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00445-CR

## DONALD ALLEN MCKNIGHT, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30048-86**

## ORDER

The Court **GRANTS** appellant's motion to supplement reporter's record.

We **ORDER** court reporter Patsy Berry to file a supplemental reporter's record, within **FIFTEEN DAYS** from the date of this order, that contains State's Exhibit No. 13, a videotaped interview of the complainant.

We **ORDER** appellant to file his brief within **FORTY-FIVE** days from the date of this order.

_____
LANA MYERS
JUSTICE